UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JULIE SOURS AND JOHN RITCHIE,
INDIVIDUALLY AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES
OF MARK RITCHIE, DECEASED                                        PLAINTIFFS

V.                                          CIVIL ACTION NO. 3:19-CV-473-KHJ-FKB

ADAM N. YAMOUT, DO., AND JOHN DOES 1-10                          DEFENDANTS

ORDER ON DEPOSITION OBJECTIONS

| Plaintiff's Objections | From | To | Objection | Ruling |
|---|---|---|---|---|
| Julie Sours | 21:23 | 22:7 | Relevance (Fed. R. Evid. 401, 403) | Sustained |
| | 24:11 | 25:3 | Relevance (Fed. R. Evid. 401, 403) | Sustained |
| | 44:17 | 44:25 | Relevance (Fed. R. Evid. 401, 403); hearsay (Fed. R. Evid. 801) | Overruled |
| | 49:6 | 49:13 | Relevance (Fed. R. Evid. 401, 403) | Overruled |
| | 81:24 | 83:5 | Relevance (Fed. R. Evid. 401, 403) | Sustained |

| Defendant's Objections | From | To | Objection | Ruling |
|---|---|---|---|---|
| Julie Sours | 28:20 | 29:4 | Improper testimony regarding medical prognosis and treatment; hearsay (Fed. R. Evid. 803(4)) | Overruled |
| | 29:25 | 31:19 | Hearsay (Fed. R. Evid. 803(4)); Improper expert testimony | Sustained |
| | 32:23 33:6 | 33:1 34:1 | Hearsay (Fed. R. Evid. 803(4)) | 32:23–33:1: Sustained 33:6–34:1: Sustained |

|  | 34:13 | 34:18 | Hearsay (Fed. R. Evid. 803(4)) | Sustained |
|---|---|---|---|---|
|  | 38:18 | 39:15 | Relevance | Sustained |
|  | 40:15 | 40:24 | Hearsay (Fed. R. Evid. 803(4)) | Sustained |
|  | 43:11 | 43:23 | Hearsay (Fed. R. Evid. 803(4)) | Sustained |
|  | 48:4 | 48:21 | Speculation, lack of personal knowledge (Fed. R. Evid. 601, 602) | Sustained |

SO ORDERED AND ADJUDGED, this the 8th day of November, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE